IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01569-MSK

UNITED STATES OF AMERICA,

        Petitioner,

v.

GREGORY F. SCOTT, and
DEOGRACIA A. SCOTT,

        Respondents.

## ORDER VACATING HEARING AND DISMISSING ACTION

THIS MATTER is before the Court pursuant to the United States' Unopposed Motion to Vacate October 12, 2006 Hearing **(#4)**.

The government has represented that the matter has been resolved with the only Defendant served, Gregory F. Scott. There being no remaining matters in dispute, the Motion **(#4)** is **GRANTED**. The hearing scheduled for 4:30 p.m. on October 12, 2006 is **VACATED** and this action is **DISMISSED** without prejudice.

Dated this 12th day of October, 2006

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge